1

2

3

4

5

6            UNITED STATES DISTRICT COURT

7               DISTRICT OF NEVADA

8                   * * * * *

9   ERIC DEWITT,                    )
                                     )         2:03-cr-0202-LRH-PAL
10            Petitioner/Defendant,  )
                                     )
11  v.                               )         O R D E R
                                     )
12  UNITED STATES OF AMERICA,        )
                                     )
13            Respondent/Plaintiff.  )
                                     )
14  _____ )

15          Presently before the Court are Petitioner/Defendant Eric Dewitt's Motion to Vacate, Set

16  Aside or Correct Sentence brought pursuant to 28 U.S.C. § 2255 (#65[1]).  The Government has filed

17  an Opposition (#68).

18          On January 15, 2004, Petitioner/Defendant was sentenced to 84 months incarceration after

19  pleading guilty to Carjacking, Aiding and Abetting, 18 U.S.C. § 2119 & 2, and being a Felon in

20  Possession of a Firearm, 18 U.S.C. § 922(G).  In his current motion, Petitioner challenges his

21  sentence on the grounds that the Federal Sentencing Guidelines were wrongly applied to him as

22  they are now discretionary, rather than mandatory.  *United States v. Booker*, 543 U.S. 220 (2005).

23          However, Booker does not apply retroactively to cases on collateral review, meaning that it

24  does not apply to convictions that became final prior to its publication.  *United States v. Cruz*, 423

25

26          [1] "(#__)" refers to the court's docket number.

1    F.3d 1119 (9th Cir. 2005).  Even if it did apply retroactively, Petitioner's motion falls outside the

2    one-year time limit within which a defendant must file a motion to vacate, set aside, or correct

3    sentence pursuant to 28 U.S.C. § 2255.

4          Petitioner also argues that his sentence should be reduced because he has completed several

5    prison programs aimed at furthering his rehabilitation.  Although the court applauds Petitioner's

6    desire to better himself, such actions do not bear on the validity of his sentencing, and such issues

7    are outside the jurisdiction of this court.  Therefore, his motion will be denied.

8          IT IS THEREFORE ORDERED that Petitioner/Defendant's Motion to Vacate, Set Aside or

9    Correct Sentence brought pursuant to 28 U.S.C. § 2255 (Dockets No. 68) is DENIED.

10          IT IS SO ORDERED.

11          DATED this 27th day of July, 2006.

12

13

14                                          _____

15                                          LARRY R. HICKS
                                           UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26                                          2